171 A.3d 1257

DIANNA QUAMINA, PLAINTIFF–PETITIONER,
v. STELLA GARDENS APARTMENTS,
DEFENDANT–RESPONDENT.

C–212 Sept.Term 2017
079309

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002910–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.